IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIO SALAS-RODRIGUEZ,

 Petitioner,

v.

UNITED STATES OF AMERICA,

 Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-383-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner Mario Salas-Rodriguez's motion for postconviction relief 28 U.S.C. § 2255 is DENIED.

_____    9/8/10
Peter Oppeneer, Clerk of Court    Date